# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

---

UNITED STATES OF AMERICA,

v.

MIN HING NG,

## CR 07 0641 SI

DEFENDANT.

---

## INDICTMENT

VIOLATION: 18 U.S.C. § 875(d) - Extortion; 18 U.S.C. § 1951(a) - Interference with Commerce by Extortion; 47 U.S.C. § 223(a)(1)(C) - Telecommunications Device Harassment

---

INDICT

A true bill.

_____
Foreman

Filed in open court this 11th day of October

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Warrant   Bail, $_____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---
See attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---
▶ MINH DANG

DISTRICT COURT NUMBER
CR 07 0641 SI

FILED

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   KYLE F. WALDINGER

--- DEFENDANT ---
IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

**Attachment to Penalty Sheet**
**United States v. Minh Dang**

**Offenses Charged:**

Count 1 — 18 U.S.C. § 875(d) — Extortion

Count 2 — 18 U.S.C. § 1951(a) — Interference w/Commerce by Extortion

Count 3 — 47 U.S.C. § 223(a)(1)(C) — Telecommunications Device Harassment

**Penalties:**

Count 1 — 2 years' imprisonment, $250,000 fine, 1 year of supervised release, and $100 special assessment

Count 2 — 20 years' imprisonment, $250,000 fine, 3 years of supervised release, and $100 special assessment

Count 3 — 2 years' imprisonment; $250,000 fine, 1 year of supervised release, and $100 special assessment

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

8             UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,           ) CR No. 07 0641 SI
12           Plaintiff,                 ) VIOLATIONS: 18 U.S.C. § 875(d) —
                                        ) Extortion; 18 U.S.C. § 1951(a) —
13       v.                             ) Interference with Commerce by Extortion;
                                        ) 47 U.S.C. § 223(a)(1)(C) —
14  MINH DANG,                          ) Telecommunications Device Harassment
                                        )
15           Defendant.                 ) SAN FRANCISCO VENUE
                                        )
16  _____   )

17                    INDICTMENT

18  The Grand Jury charges:

19                    BACKGROUND

20  At all times relevant to this Indictment

21       1.   Qualys Incorporated ("Qualys") was a privately held network security
22  company of approximately 125 employees. Qualys was headquartered at 1600 Bridge
23  Parkway, Redwood Shores (San Mateo County), California. Qualys also maintained
24  other domestic and overseas sales offices, including an office in Cary, North Carolina.
25       2.   As part of its business, Qualys provided on-demand computer vulnerability
26  management and policy compliance solutions to its customers. This included assisting
27  organizations to discover computer vulnerabilities, ensure regulatory compliance, and
28  prioritize remediation according to business risk.

INDICTMENT


1  3. Qualys did business throughout the United States and in several foreign
2  countries. Accordingly, Qualys was engaged in commercial activities in interstate and
3  foreign commerce and in an industry that affected interstate and foreign commerce.
4  4. The defendant Minh Dang was an individual who resided in the Northern
5  District of California.

### DANG'S THEFT OF PERSONAL PROPERTY BELONGING TO AN OFFICER OF QUALYS

8  5. On or about June 2, 2006, the defendant Minh Dang was working as a
9  mover for a moving company. On that date, Dang participated in moving the personal
10 belongings of an officer of Qualys from his residence in San Francisco, California to his
11 new residence in San Mateo County, California.
12 6. On or about the same day, the defendant Minh Dang stole a "camcorder"
13 belonging to the officer of Qualys from among the personal possessions of that
14 individual. The camcorder contained a video disc, which was also owned by the officer
15 of Qualys. The video disc depicted the officer of Qualys engaging in sexual activity with
16 another individual. The officer of Qualys had neither abandoned these items, nor did he
17 give permission to Dang or to anyone else to take possession of these items.

### DANG'S COMMUNICATIONS WITH QUALYS EXECUTIVES

19 7. On or about June 19, 2006, from his residence in San Francisco, California,
20 the defendant Minh Dang created the Yahoo! e-mail account mphonsavong@yahoo.com.
21 8. As set out in more detail below, between about June 20, 2006 and about
22 August 15, 2006, the defendant Minh Dang sent numerous e-mail messages ("e-mails") to
23 one or more Qualys executives. All such e-mails were sent from Dang's residence in San
24 Francisco, California and all such e-mails were sent using the fictitious name "mike
25 phonsavong" from the e-mail address mphonsavong@yahoo.com.
26 9. On or about June 20, 2006, the defendant Minh Dang sent e-mails to
27 various Qualys executives, one of whom was located outside of the State of California.
28 ///

INDICTMENT                    -2-

The e-mails contained the following text:

> I have a homemade video of [an officer of Qualys] having sexual intercourse with a young asian female that you might be interested in. There is only one copy of this and I am giving up all rights to this exclusive video to the highest bidder. I intend to sell this video to anyone interested in purchasing. If you feel that you may be interested in such a video, then please write back.

10. On or about June 22, 2006, the defendant Minh Dang sent e-mails to various Qualys executives, one of whom was located outside of the State of California. Except for very small changes, these e-mails were identical in substance to the e-mails sent on June 20, 2006.

11. On or about June 23, 2006, the defendant Minh Dang sent an e-mail to Qualys's Vice President of Human Resources ("VP-HR"). The e-mail attached three digital still shots from the video to which Dang had referred in his June 20 and June 22, 2006 e-mails and contained the following text:

> This isn't a joke. I wouldn't waste my time nor would I intend to waste yours or those that I have contacted that are interested in this video. Attached to this e-mail are a few still shots of the home video. As mentioned before, the highest bidder will have all rights to this home video.

12. On or about June 24, 2006, the defendant Minh Dang sent e-mails to various Qualys executives, one of whom was located outside of the State of California. The e-mails attached the same (or similar) digital still shots that had been attached to the June 23, 2006 e-mail. The e-mails contained the following text:

> I have contacted several key people other than the [officer] of Qualys about this video and they are also interested in this video. As mentioned before, the highest bidder will have all rights to this home video. Attached to this e-mail are a few still shots with censors from the home video to prove that this is not a joke.

13. On or about July 5, 2006, the defendant Minh Dang sent e-mails to the accounts of various Qualys executives. The e-mails attached the same (or similar) digital still shots that had been attached to the June 23 and June 24, 2006 e-mails. The e-mails
///

INDICTMENT -3-

1  contained the following text:

> I have a homemade video of [an officer of Qualys] having sexual intercourse with a young Asian female that you might be interested in. There is only one copy of this and I am giving up all rights to this exclusive video to the highest bidder. I intend to sell this video to anyone interested in buying. If you feel that you may be interested in such a video, then please write back. . Attached to this e-mail are a few still shots with censors from the home video to prove that this is not a joke.

14.  On or about July 5, 2006, the defendant Minh Dang sent two e-mails to the account of the officer of Qualys depicted in the video. Each message contained the same (or similar) digital still shots. The first e-mail contained the subject line "you having sex" and contained the text "you." The second e-mail contained the subject line "you having sex" and contained the text "????."

15.  On or about July 10, 2006, the defendant Minh Dang sent an e-mail to Qualys's VP-HR. The e-mail contained the following text:

> To be honest with you, it may seem like an outrageous price but that's the offer received. As far as who's bidding on this, these bidders are CEO of network security system. I am unable to provide you the names of these companies. I really don't know what they want to do with the video, but I'm guessing they have ulterior motives.

16.  On or about July 17, 2006, the defendant Minh Dang sent an e-mail to Qualys's VP-HR. The e-mail contained the following text:

> . . . we have a problem here. Due to the fact that I keep postponing this, I have just lost one of my offers. He think I'm playing games by delaying week after week. I will take someone offer within the next several days. I will not lose any of my bids or have them lowered. The buyers are giving me a time frame now. If I keep postponing this, I will end up losing all my bids. I can not let that happen. . . . if you are serious like you said, than I will need an offer now!
>
> Several people mentioned that they would like to use this video for embarrassment. That's the only reason why I keep delaying this. Like I mentioned in my previous emails, I will not take or be responsible for the actions of this video once it's sold.

17.  On or about July 17, 2006, the defendant Minh Dang placed a telephone

INDICTMENT                                    -4-

1  call to Qualys's VP-HR and identified himself by the fictitious name "Mike Phonsavong."
2  Dang stated that he had sent an e-mail offering the video disc to the CEOs of numerous
3  companies that were competitors of Qualys. Dang stated that several companies that
4  were competitors of Qualys had offered him between $5,000 and $500,000 for the video
5  and that these bidders wanted to use the video to embarrass Qualys and the officer of
6  Qualys depicted in the video. Dang also stated that he was willing to sell the video to
7  Qualys.

8      18.    On or about July 26, 2007, the defendant Minh Dang sent an e-mail to
9  Qualys's VP-HR. The e-mail contained, in part, the following text:

> I am tired of playing games with you and everyone else. You told me that you were going to give me a call last week but never came around it. I still have the video. A buyer is coming this Friday to pick it up. His offer was $200k. A publishing company has been informed about this video too. They are very interested but haven't gotten full details about the video. They don't know who the [officer] is or the company. If the offer of $200k doesn't come through by Friday like planned, then I will go ahead and contact them. . . .

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

INDICTMENT                              -5-

1 | <u>COUNT ONE</u>:    18 U.S.C. § 875(d) — Extortion
2 |    19.    The factual allegations in paragraphs 1 through 18 are re-alleged and
3 | incorporated herein as if set forth in full.
4 |    20.    On or about June 24, 2006, in the Northern District of California and
5 | elsewhere, the defendant
6 |                            MINH DANG
7 | did knowingly transmit in interstate commerce a communication containing a threat to
8 | injure the reputation of Qualys and of the officer of Qualys, and did so with the intent to
9 | extort money and things of value from Qualys, in violation of Title 18, United States
10 | Code, Section 875(d).
11 | / / /
12 | / / /
13 | / / /
14 | / / /
15 | / / /
16 | / / /
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

INDICTMENT                                    -6-

1 | COUNT TWO:    18 U.S.C. § 1951(a) — Interference with Commerce by Extortion

2 |     21.    The factual allegations in paragraphs 1 through 18 are re-alleged and
3 | incorporated herein as if set forth in full.

4 |     22.    Continuously between on or about June 20, 2006 and August 15, 2006, in
5 | the Northern District of California and elsewhere, the defendant

6 | MINH DANG

7 | did knowingly and unlawfully obstruct and affect, and did attempt to obstruct and affect,
8 | commerce by extortion (as those terms are defined in Title 18, United States Code,
9 | Section 1951(b)), in that the defendant did attempt to obtain property of Qualys by virtue
10 | of Qualys's consent being induced by the wrongful use of actual and threatened fear,
11 | including fear of economic harm, in that the defendant sent numerous e-mails to Qualys
12 | executives and engaged in telephone communications with a Qualys executive
13 | threatening to sell the video disc depicting an officer of Qualys engaging in sexual
14 | activity with another individual to Qualys's competitors and others, which video disc had
15 | been stolen from the officer of Qualys, all in an effort to obtain money from Qualys in
16 | exchange for the video disc, in violation of Title 18, United States Code, Section 1951(a).
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

INDICTMENT                    -7-

COUNT THREE:    47 U.S.C. § 223(a)(1)(C) — Telecommunications Device Harassment

23.    The facts alleged in paragraphs 1 through 18 are re-alleged and incorporated herein as if set forth in full.

24.    On or about June 24, 2006, in the Northern District of California and elsewhere, the defendant

MINH DANG

did knowingly utilize a telecommunications device in interstate communications, without disclosing his identity, and did so with the intent to annoy, threaten, and harass the persons who received the communication, in that the defendant sent e-mails to various Qualys executives, one of whom was located outside of the State of California, and did so using the fictitious name "mike phonsavong" from the e-mail address mphonsavong@yahoo.com, after having sent similar e-mails to Qualys executives in the period since June 20, 2006, all in violation of Title 47, United States Code, Section 223(a)(1)(C).

DATED:                                    A TRUE BILL.

                                          _____
                                          FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

Approved as to Form: _____
                     AUSA WALDINGER

INDICTMENT                -8-