1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,          )  No. CR 07 0641 SI
                                   )
       Plaintiff,                  )  UNITED STATES' APPLICATION TO SEAL
                                   )  INDICTMENT
   v.                              )
                                   )
MINH DANG,                         )  SAN FRANCISCO VENUE
                                   )
       Defendant.                  )
_____)

Now comes the United States of America, by and through its counsel, the United States Attorney for the Northern District of California, and moves this Court for an Order sealing the Indictment in this matter, as well as this Application and the Court's Ssealing Order until the arrest of the defendant, or otherwise ordered by the Court. The United States requests that the Court order the Clerk of the Court to furnish copies of the arrest warrant to the United States Attorney's Office and to Special Agents of the Federal Bureau of Investigation. The United States also requests copies of the sealed Indictment and this Application and Order.

DATED: October 11, 2007                    Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney

                                           _____
                                           KYLE F. WALDINGER
                                           Assistant United States Attorney

SEALING APPLICATION
[U.S. v. MINH DANG]