UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 0641 SI |
| Plaintiff, | ) | SEALING ORDER |
| v. | ) | SAN FRANCISCO VENUE |
| MINH DANG, | ) | |
| Defendant. | ) | |

Good causing appearing therefor, it is hereby ordered that the Indictment, the United States' Application to Seal, this Order and all related papers be filed and maintained under seal until the arrest of the defendant, or further order of this Court. The Clerk of the Court is ordered to furnish copies of the Indictment and arrest warrant in this matter to the United States Attorney's Office and to Special Agents of the Federal Bureau of Investigation. The Clerk of the Court is also ordered to furnish copies of the United States' Sealing Application and this Sealing Order to the United States Marshals Service, Special Agents of the Federal Bureau of Investigation, and the U.S. Attorney's Office.

DATED: October 11, 2007

EDWARD M. CHEN
United States Magistrate Judge

SEALING ORDER
[U.S. v. MINH DANG]