1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

**FILED**
OCT 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0641 SI |
| Plaintiff, | **UNITED STATES' APPLICATION TO UNSEAL THE ENTIRE CASE FILE** |
| v. | |
| MINH DANG, | |
| Defendant. | |

The United States hereby moves this Court to UNSEAL the entire case file in the above-captioned matter following the arrest of the defendant on October 25, 2007.

DATED: October 25, 2007          Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney

                                 /s/ Kyle F. Waldinger
                                 KYLE F. WALDINGER
                                 Assistant United States Attorney

UNSEALING APPLICATION
CR 07-0641 SI