FILED
OCT 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0641 SI |
| Plaintiff, | **UNSEALING ORDER** |
| v. | |
| MINH DANG, | |
| Defendant. | |

Good cause appearing therefor, it is hereby ordered that the entire case file in the above-captioned matter be UNSEALED.

DATED: October 25, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

UNSEALING ORDER
CR 07-0641 SI

