SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0641 SI |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| MINH DANG, | |
| Defendant. | |

With the agreement of the parties in open court on October 25, 2007, and with the consent of the defendant Minh Dang ("defendant"), the Court enters this order (1) setting a hearing on November 2, 2007 at 11:00 a.m. before the Honorable Susan Illston and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 25, 2007 to November 2, 2007. The Court finds and holds, as follows:

    1.    The defendant made his initial appearance before the Court on October 25, 2007. Counsel advised the Court on that date that the government would be producing discovery to the defense. Counsel for the defendant, Steven Kalar, needs time to review the discovery and to investigate the case. Continuing the case until November 2, 2007 will give the defendant an opportunity to accomplish this objective.

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0641 SI ]

1     2.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until November 2, 2007 is necessary for effective preparation of defense counsel and for continuity of defense counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 25, 2007 to November 2, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3.    Accordingly, and with the consent of the defendant, the Court (1) sets a hearing for November 2, 2007 at 11:00 a.m. before the Honorable Susan Illston and (2) orders that the period from October 25, 2007 to November 2, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:                                             _____
                                                  EDWARD M. CHEN
                                                  United States Magistrate Judge