**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*
**STEVEN G. KALAR**
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax:         (415) 436-7706
E-mail:     Steven_Kalar@fd.org

Thursday, November 1, 2007

The Honorable Susan Illston
District Court Judge
 Northern District of California
Federal Building, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

**RE:** *United States v. Minh Dang*, **CR 07-0641 SI**

Your Honor:

The defendant Minh Dang faces federal extortion charges. He was released at his initial appearance before the Honorable Magistrate Judge Edward Chen and scheduled to appear before this Court for his initial appearance on November 2nd. On the afternoon of his release, however, he was detained by the Marshals on a bench warrant out of Amador County, California.

It is my understanding that Mr. Dang is currently in custody and has been taken to Amador County to make an appearance on these state charges. That appearance is scheduled for the 2nd. Because he is state custody, he will be unable to appear before this Court on the 2nd.

I anticipate that Mr. Dang will post bail in the state case on November 2nd. I would therefore propose that his initial appearance be continued to Friday, November 9th at 11:00 am. AUSA Kyle Waldinger has no objection to this request. A proposed stipulated order to this affect is enclosed.

Letter of AFPD Kalar
November 1, 2007
Pg. 2

    Thank you for your consideration.

        Sincerely,

        BARRY J. PORTMAN
        Federal Public Defender
        Northern District of California

        /s

        STEVEN G. KALAR
        Assistant Federal Public Defender
        Northern District of California

Enclosure

cc:    AUSA Kyle Waldinger