IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                      )<br>               Plaintiff, )<br>                                      )<br>   v. )<br>                                      )<br>MINH DANG, )<br>                                      )<br>             Defendant. )<br>_____) | No.  CR 07-0641 SI<br><br>[PROPOSED] STIPULATED ORDER CONTINUING COURT APPEARANCE<br><br>**Current Hearing Date:** Friday, November 2, 2007 at 11:00 am<br><br>**Proposed Hearing Date**: Friday, November 9, 2007 at 11:00 am |

     The defendant Minh Dang is currently scheduled to make his initial appearance before this Court on Friday, November 2, 2007 at 11:00 am.  This order continues that appearance until November 9, 2007 at 11:00 am.

     Mr. Dang was released at his October 25, 2007 initial appearance before the magistrate judge by the Honorable Edward Chen.  That afternoon, however, the United States Marshals took Mr. Dang into custody on a bench warrant out of Amador County, California.

     AFPD Steven Kalar, counsel for Mr. Dang, has represented to the Court that he has been in contact with the Amador County Public Defender and with Mr. Dang's family.  It is his understanding that Mr. Dang was moved to Amador County from Santa Rita jail on October 31, 2007, and will make his initial appearance on the bench warrant on November 2, 2007.

*Dang*, CR 07-0641 SI
ORD. CONT. INITIAL APPEARANCE

The parties anticipate that Mr. Dang will post bail on the state case during the week of November 5. The parties therefore jointly request that Mr. Dang's initial appearance be continued to Friday, November 9, 2007 at 11:00 am.

The parties also jointly proposed exclusion of time under the Speedy Trial Act from November 2, 2007 until November 9, 2007, due to the defendant's unavailability on state charges.

Therefore, for good cause shown Mr. Dang's initial appearance on Friday, November 2, 2007 is vacated. The matter shall be added to the Court's calendar for an initial appearance and setting on Friday, November 9, 2007. Based on the representations of the parties, the Court finds that Mr. Dang will be unavailable until November 9 due to delay resulting from the charges against the defendant in Amador County, and excludes time under the Speedy Trial Act from November 2, 2007 to November 9, 2007. *See* 18 USC § 3161(h)(1)(D).

IT IS SO ORDERED.

_____
DATED                SUSAN ILLSTON
                     United States District Court Judge

IT IS SO STIPULATED.
November 1, 2007            /s_____
DATED                SCOTT C. SCHOOLS
                     Interim United States Attorney
                     Northern District of California
                     KYLE WALDINGER
                     Assistant United States Attorney

November 1, 2007            /s_____
DATED                BARRY J. PORTMAN
                     Federal Public Defender
                     Northern District of California
                     STEVEN G. KALAR
                     Assistant Federal Public Defender

*Dang*, CR 07-0641 SI
ORD. CONT. INITIAL APPEARANCE            2