**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 11/9/07

Case No.   CR-07-0641. E  SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- MINH DANG (NC)(P)

Attorneys:   Waldinger            Kaylar

Deputy Clerk:  Tracy Sutton  Court Reporter: J. Yoemans

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN        ( ) SUBMITTED
                                                            PART

Case continued to **12/7/07 @ 11:00 a.m.**   for Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective preparation
**Delay begins:          Delay ends: 12/7/07**
(    AUSA to draft order              )

ORDERED AFTER HEARING:
Approximately 700 pages of discovery was recently provided to defense counsel.  Additional time is requested so that the discovery can be reviewed.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )