1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        | No. CR 07-0641 SI |
14 |     Plaintiff,                    |                    |
15 |   v.                              | [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
16 | MINH DANG,                        |                    |
17 |     Defendant.                    |                    |

18

19     With the agreement of the parties in open court on November 9, 2007, and with the
20 consent of the defendant Minh Dang ("defendant"), the Court enters this order (1) setting
21 a hearing on December 7, 2007 at 11:00 a.m. and (2) documenting the exclusion of time
22 under the Speedy Trial Act, 18 U.S.C. § 3161, from November 9, 2007 to December 7,
23 2007. The Court finds and holds, as follows:
24     1.    The defendant made his initial appearance before this Court on November
25 9, 2007. Counsel advised the Court on that date that the government had produced
26 several hundred pages of discovery and would be producing additional discovery in the
27 near future. Counsel for the defendant needs time to review the discovery and to
28 investigate the case. Continuing the case until December 7, 2007 will give the defendant

an opportunity to accomplish this objective. Defense counsel will also be out of the office and unavailable for one week between November 9, 2007 and December 7, 2007.

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until December 7, 2007 is necessary for effective preparation of defense counsel and for continuity of defense counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 9, 2007 to December 7, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court (1) sets a hearing for December 7, 2007 at 11:00 a.m. and (2) orders that the period from November 9, 2007 to December 7, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

SO STIPULATED.

DATED: November 15, 2007            SCOTT N. SCHOOLS
                                    United States Attorney


                                    _____/s/_____
                                    KYLE F. WALDINGER
                                    Assistant United States Attorney

SO STIPULATED.

DATED: November 15, 2007            _____/s/_____
                                    STEVEN G. KALAR
                                    Attorney for defendant Minh Dang

IT IS SO ORDERED.

DATED:                              _____
                                    SUSAN ILLSTON
                                    United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0641 SI ]           -2-