1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,      )    No. CR 07-0641 SI
                                  )
14       Plaintiff,               )
                                  )    [PROPOSED] ORDER DOCUMENTING
15    v.                          )    EXCLUSION OF TIME
                                  )
16 MINH DANG,                     )
                                  )
17       Defendant.               )
                                  )
18 _____

19       With the agreement of the parties in open court on November 9, 2007, and with the
20 consent of the defendant Minh Dang ("defendant"), the Court enters this order (1) setting
21 a hearing on December 7, 2007 at 11:00 a.m. and (2) documenting the exclusion of time
22 under the Speedy Trial Act, 18 U.S.C. § 3161, from November 9, 2007 to December 7,
23 2007. The Court finds and holds, as follows:
24       1.    The defendant made his initial appearance before this Court on November
25 9, 2007. Counsel advised the Court on that date that the government had produced
26 several hundred pages of discovery and would be producing additional discovery in the
27 near future. Counsel for the defendant needs time to review the discovery and to
28 investigate the case. Continuing the case until December 7, 2007 will give the defendant

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0641 SI ]

1 an opportunity to accomplish this objective. Defense counsel will also be out of the
2 office and unavailable for one week between November 9, 2007 and December 7, 2007.
3     2. The Court finds that, taking into the account the public interest in the
4 prompt disposition of criminal cases, granting the continuance until December 7, 2007 is
5 necessary for effective preparation of defense counsel and for continuity of defense
6 counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds
7 that the ends of justice served by excluding the period from November 9, 2007 to
8 December 7, 2007 outweigh the best interest of the public and the defendant in a speedy
9 trial. Id. § 3161(h)(8)(A).
10     3. Accordingly, and with the consent of the defendant, the Court (1) sets a
11 hearing for December 7, 2007 at 11:00 a.m. and (2) orders that the period from November
12 9, 2007 to December 7, 2007 be excluded from Speedy Trial Act calculations under 18
13 U.S.C. § 3161(h)(8)(A) & (B)(iv).
14 SO STIPULATED.
15 DATED: November 15, 2007    SCOTT N. SCHOOLS
    United States Attorney
16
17
    _____/s/_____
18     KYLE F. WALDINGER
    Assistant United States Attorney
19
20 SO STIPULATED.
21 DATED: November 15, 2007    _____/s/_____
    STEVEN G. KALAR
22     Attorney for defendant Minh Dang
23 IT IS SO ORDERED.
24 DATED:     _____
    SUSAN ILLSTON
25     United States District Judge
26
27
28

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0641 SI ]    -2-