1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney

5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
     Telephone: (415) 436-6830
7    Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )  No. CR 07-0641 SI
                                    )
14      Plaintiff,                  )
                                    )  [PROPOSED] ORDER DOCUMENTING
15      v.                          )  EXCLUSION OF TIME
                                    )
16 MINH DANG,                       )
                                    )
17      Defendant.                  )
                                    )
18

19      With the agreement of the parties in open court on October 25, 2007, and with the

20 consent of the defendant Minh Dang ("defendant"), the Court enters this order (1) setting

21 a hearing on November 2, 2007 at 11:00 a.m. before the Honorable Susan Illston and

22 (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

23 from October 25, 2007 to November 2, 2007. The Court finds and holds, as follows:

24      1.      The defendant made his initial appearance before the Court on October 25,

25 2007. Counsel advised the Court on that date that the government would be producing

26 discovery to the defense. Counsel for the defendant, Steven Kalar, needs time to review

27 the discovery and to investigate the case. Continuing the case until November 2, 2007

28 will give the defendant an opportunity to accomplish this objective.

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0641 SI ]

1    2.    The Court finds that, taking into the account the public interest in the
2  prompt disposition of criminal cases, granting the continuance until November 2, 2007 is
3  necessary for effective preparation of defense counsel and for continuity of defense
4  counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds
5  that the ends of justice served by excluding the period from October 25, 2007 to
6  November 2, 2007 outweigh the best interest of the public and the defendant in a speedy
7  trial. Id. § 3161(h)(8)(A).
8    3.    Accordingly, and with the consent of the defendant, the Court (1) sets a
9  hearing for November 2, 2007 at 11:00 a.m. before the Honorable Susan Illston and
10  (2) orders that the period from October 25, 2007 to November 2, 2007 be excluded from
11  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
12  IT IS SO ORDERED.

14  DATED:    11/20/07

_____
EDWARD M. CHEN
United States Magistrate Judge



[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0641 SI]        -2-