# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 12/18/07

Case No.   CR-07-0641. E  SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- MINH DANG (NC)(P)

Attorneys:   Waldinger              Kaylar

Deputy Clerk:  Tracy Sutton   Court Reporter: Columbini

## PROCEEDINGS

1)  Trial Setting - HELD

2)  ___
3)  ___

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN        (  ) SUBMITTED
                                                             PART

Case continued to **1/25/08 @ 11:00 a.m.**  for Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective preparation/Cont. Of Counsel
**Delay begins:          Delay ends: 1/25/8**
(    AUSA to draft order              )

ORDERED AFTER HEARING:
Additional time is needed to review the discovery.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )