SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0641 SI |
|     Plaintiff, ) | |
| ) | [PROPOSED] ORDER DOCUMENTING |
| v. ) | EXCLUSION OF TIME |
| ) | |
| MINH DANG, ) | |
| ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court on December 18, 2007, and with the consent of the defendant Minh Dang ("defendant"), the Court enters this order (1) setting a hearing on January 25, 2008 at 11:00 a.m. for change of plea and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 18, 2007 to January 25, 2008. The Court finds and holds, as follows:

    1.    The parties appeared before this Court on December 18, 2007. Counsel advised the Court on that date that the government had produced some discovery and would soon be producing additional electronic discovery. Counsel also informed the Court that the parties were in plea negotiations and that counsel for the defendant needed time to review the discovery that has and will be produced to effectively represent the

1 defendant in those negotiations. Continuing the case until January 25, 2008 will give the
2 defendant an opportunity to accomplish this objective.

3    2.    The Court finds that, taking into the account the public interest in the
4 prompt disposition of criminal cases, granting the continuance until January 25, 2008 is
5 necessary for effective preparation of defense counsel. See 18 U.S.C.
6 § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice
7 served by excluding the period from December 18, 2007 to January 25, 2008 outweigh
8 the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

9    3.    Accordingly, and with the consent of the defendant, the Court (1) sets a
10 hearing for January 25, 2008 at 11:00 a.m. and (2) orders that the period from December
11 18, 2007 to January 25, 2008 be excluded from Speedy Trial Act calculations under 18
12 U.S.C. § 3161(h)(8)(A) & (B)(iv).

13 IT IS SO ORDERED.

14 DATED: _____
  SUSAN ILLSTON
15 United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0641 SI]    -2-