IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MINH DANG,<br><br>            Defendant. | No. CR 07-0641 SI<br><br>[PROPOSED] STIPULATED ORDER CONTINUING CHANGE OF PLEA HEARING<br><br>**Current Hearing Date:** Friday, January 25, 2008 at 11:00 am<br><br>**Proposed Hearing Date**: Friday, February 1, 2008 at 11:00 am |

    The parties in the above-entitled case have represented to this Court that they have arrived at a pre-trial disposition, and that AUSA Waldinger will be providing the Court with a proposed plea agreement during the week of January 21, 2008.

    The matter is currently scheduled for a change of plea before this Court on January 25, 2008. AFPD Kalar, however, represents in this stipulated order that he is unavailable on that date due to a conflicting work obligation that arose late last week.

//

//

//

//

*Dang*, CR 07-0641 SI
ORD. CONT. CHANGE OF PLEA

Therefore, the hearing now scheduled for January 25, 2008 is vacated. The matter shall be added to the Court's calendar on Friday, February 1, 2008 at 11:00 a.m for a change of plea.

IT IS SO ORDERED.

_____
DATED                                    SUSAN ILLSTON
                                         United States District Court Judge

IT IS SO STIPULATED.

January 22, 2008                         ___/s_____
DATED                                    JOSEPH P. RUSSONIELLO
                                         United States Attorney
                                         Northern District of California
                                         KYLE WALDINGER
                                         Assistant United States Attorney


January 22, 2008                         ____/s_____
DATED                                    BARRY J. PORTMAN
                                         Federal Public Defender
                                         Northern District of California
                                         STEVEN G. KALAR
                                         Assistant Federal Public Defender

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26