1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No.  CR 07-0641 SI |
| | ) [PROPOSED] STIPULATED ORDER |
| v. | ) CONTINUING CHANGE OF PLEA |
| | ) HEARING |
| MINH DANG, | ) |
| Defendant. | ) **Current Hearing Date:** Friday, January |
| | ) 25, 2008 at 11:00 am |

**Proposed Hearing Date**: Friday,
February 1, 2008 at 11:00 am

17    The parties in the above-entitled case have represented to this Court that they have arrived at a

18  pre-trial disposition, and that AUSA Waldinger will be providing the Court with a proposed plea

19  agreement during the week of January 21, 2008.

20    The matter is currently scheduled for a change of plea before this Court on January 25, 2008.

21  AFPD Kalar, however, represents in this stipulated order that he is unavailable on that date due to a

22  conflicting work obligation that arose late last week.

23  //

24  //

25  //

26  //

1           Therefore, the hearing now scheduled for January 25, 2008 is vacated. The matter shall be

2    added to the Court's calendar on Friday, February 1, 2008 at 11:00 a.m for a change of plea.

3

4    IT IS SO ORDERED.

5

6

7    _____

DATED                              SUSAN ILLSTON
8                                       United States District Court Judge

9

10

11   IT IS SO STIPULATED.

12

13   January 22, 2008              ____/s_____
DATED                              JOSEPH P. RUSSONIELLO
14                                     United States Attorney
15                                     Northern District of California
                                       KYLE WALDINGER
16                                     Assistant United States Attorney

17

18

19   January 22, 2008              _____/s_____
DATED                              BARRY J. PORTMAN
20                                     Federal Public Defender
                                       Northern District of California
21                                     STEVEN G. KALAR
22                                     Assistant Federal Public Defender

23

24

25

26

*Dang*, CR 07-0641 SI
ORD. CONT. CHANGE OF PLEA              2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26