UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
FEB X 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number _____ 7-641 _____ SI

Defendant's Name _____

Defense Counsel _____

Due Date _____

USPO

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a   _____ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE today to make the necessary arrangements.

For use of Courtroom Deputies
Is defendant in custody? _____
Is defendant English speaking? _____
What is defendant's address? _____
_____
_____

Richard W. Wieking
Clerk

by: _____
T. Sutton, Deputy Clerk

cc: U.S. Probation Office