# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/1/08

Case No.   CR-07-0641. E  SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- MINH DANG (NC)(P)

Attorneys:   Waldinger            Kaylar

Deputy Clerk: Tracy Sutton  Court Reporter: M. Gurule

## PROCEEDINGS

1) Change of Plea - HELD

2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                      PART

Case continued to **5/16/08**  for Jdugment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _

ORDERED AFTER HEARING:
The parties filed a written plea agreement in open court.  The Deft. plead guilty to Count 2 of the indictment.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )