## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Edward M. Chen<br>U.S. Magistrate Judge | **RE:** | Dang, Minh |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0641 SI |
| **DATE:** | February 22, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Brad T. Wilson                                        510-637-3753
U.S. Pretrial Services Officer Assistant             TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. B on 2/27/08 at 9:30 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)  2/27/08

1. The defendant's travel is restricted to the Northern District of California and to the Eastern District of California ~~for court proceedings only~~;
2. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment, or he shall maintain or commence an educational program;
3. The defendant shall not possess any firearms, destructive devices, or other dangerous weapons;
4. The defendant shall refrain from excessive use of alcohol and refrain from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription;
5. The defendant shall only use his true name, and shall not possess identification in any other names or any other false documents;
6. The defendant shall address all pending warrants in a timely manner, and provide proof of the same to Pretrial Services; and
7. The defendant shall comply with any conditions of supervision imposed by the State of California.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____        2/25/08
**JUDICIAL OFFICER**                    **DATE**