| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 6 | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Brenda Tolbert | | | REPORTER/FTR<br>10:09 - 10:15 | |
| MAGISTRATE JUDGE<br>HON. EDWARD M. CHEN | | DATE<br>February 27, 2008 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-0641 SI | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>MINH DANG | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Steve Kalar | | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Kyle Waldinger | | INTERPRETER | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Tim Elder | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☒ OTHER<br>Bail Review | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED | |
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>5-16-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT:<br>11:00 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>SI | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defense Counsel Stated that Deft is Working on Paying Restitution before Next Hearing. Def Counsel Objects to Travel Restrictions. Court Allows Travel of Deft without Restrictions. Order to Issue.

BT, PTS, TRACY