UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

FILED
MAY 2̲ ̲ 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: 5/16/08

Case No. <u>CR-07-0641. E SI</u>       Judge: <u>SUSAN ILLSTON</u>

Title: <u>UNITED STATES</u> -v- <u>MINH DANG (NC)(P)</u>

Attorneys: <u>Waldinger</u>          <u>Kaylar</u>

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter: <u>S. McVickar</u>

**PROCEEDINGS**

1) <u>Judgment & Sentence - Held</u>

2) _____

3) _____

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                              PART

Case continued to __ forJdugment & Sentence

Case continued to <u>@ 11:00 a.m.</u> for Motions
(Motion due , Opposition  Reply )

Case continued to <u>@</u> for Pretrial Conference

Case continued to <u>@ 8:30 a.m.</u> for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _

ORDERED AFTER HEARING:
cust: 8 mos
Sup. Release: 3 years with sp. Conditions
no fine
Sp. Ass: $100.00

(SPEEDY TRIAL DEADLINE AS OF TODAY: )